# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CRAIG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. GONZALES, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE No. 1:13-cv-0327-MJS (PC)<br><br>VOLUNTARY DISMISSAL OF ACTION<br><br>(ECF No. 9)<br><br>CLERK SHALL CLOSE CASE |

　　　　Plaintiff Michael Craig ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　This action was initiated on March 7, 2013.  (ECF No. 1.)  On May 2, 2013, Plaintiff filed a notice with the Court asking that his action be voluntarily dismissed.  (ECF No. 9.)

　　　　Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal.

　　　　Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED without prejudice.

///
///
///
///

1 | The Clerk shall CLOSE this case.

4 | IT IS SO ORDERED.

5 | Dated:     May 14, 2013                              /s/ *Michael J. Seng*
                                                         UNITED STATES MAGISTRATE JUDGE